# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TYRONE HURT, )
)
    Plaintiff, )
)
v. ) Case No. CV414-244
)
CHIEF OF POLICE, et al., )
)
    Defendants. )

## REPORT AND RECOMMENDATION

On December 3, 2015, the Court ordered plaintiff Tyrone Hurt to refile his complaint in legible form, preferably typed. (Doc. 4.) He has submitted a new complaint, but it is still handwritten and almost completely illegible. (Doc. 7.) Even the docketing clerk couldn't decipher it, noting that the complaint "includes new defendants -- unable to read." (*Id.*) The Court has spent considerable time trying to interpret Hurt's scrawl but has been unable to divine his meaning, much less any conceivable cause of action. Because plaintiff has failed to comply with the Court's order, his unreadable complaint should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 18th day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA