IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE HUNT,                          )
                                      )
        Petitioner,                   )
                                      )
v.                                    )    CASE NO. CV414-244
                                      )
CHIEF OF POLICE, et al.,              )
                                      )
        Defendants.                   )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA