# United States District Court
## *Southern District of Georgia*

Tyrone Hurt

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV414-244

Chief of Police

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated April 2, 2015, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Hurt's complaint.

This action stands closed.

April 2, 2015
_____
Date

Scott L. Poff
_____
Clerk

_____
*(By) Deputy Clerk*