IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE HURT, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-244
)
CHIEF OF POLICE, )
)
    Defendant. )
)

**O R D E R**

Before the Court is Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 12.) While the Court found it extremely difficult to read the motion, the Court will construe it as a notice of appeal, a motion for leave to appeal in forma pauperis, and a motion for appointment of counsel. The Clerk of Court is **DIRECTED** to modify the docket entry accordingly, with the notice of appeal being filed effective on April 15, 2015.

Pursuant to 28 U.S.C. § 1915(a)(1), this Court may allow a plaintiff to proceed on appeal without prepayment of fees if he submits an affidavit that includes a statement of all his assets and shows that he is unable to pay such fees or give security therefor. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration in this case, the

Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's motions are **DENIED**.

SO ORDERED this 9th day of October 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA